UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UFCW LOCAL 50 PENSION FUND and ITS
TRUSTEE,

      Plaintiffs,

vs.

FISCHER BROS. & LESLIE, INC.; XYZ
CORPORATIONS 1-10; and JOHN AND JANE
DOES 1-10,

      Defendants.
-------------------------------------------------------------- x

Civil Action No.: 1:25-cv-03322-JMF

## DEFAULT JUDGMENT AND ORDER

    This action having been commenced on April 22, 2025 by the filing of the complaint and the issuance of the summons; a copy of the summons and complaint having been served on Defendant Fischer Bros. & Leslie, Inc. ("Fischer Bros.") on April 25, 2025 via service on the Office of the Secretary of State of the State of New York, pursuant to Section 306B of the New York Business Corporation Law, and proof of service having been filed with the Clerk of Court on April 30, 2025; Fischer Bros. not having answered the amended complaint; and the time for answering the amended complaint having expired; said default being willful because of the failure of Fischer Bros. to answer, prejudicial to Plaintiffs in light of the statutory policy favoring the efficacious resolution of collection actions by employee benefit funds under the Employee Retirement Income Security Act of 1974, as amended ("ERISA"); and the Defendant lacking a meritorious defense; it is:

    ORDERED, ADJUDGED AND DECREED that

    1.  Fischer Bros. is liable to Plaintiffs in the amount of $206,604.35, consisting of:

      (a)  $166,237.00 in withdrawal liability principal;

10188480.1

- 2 -

      (b)    $1,690.05 in interest through May 31, 2025, plus $34.63 in additional daily interest commencing on June 1, 2025;

      (c)    $33,247.40 in liquidated damages; and

      (d)    $5,429.90 in attorney's fees and costs.; and

It is further ORDERED, ADJUDGED and DECREED that this action is dismissed without prejudice against Defendants XYZ Corporations 1-10 and John and Jane Does 1-10., with leave to Plaintiffs to either reopen this action or bring a new action against any entity that falls within Fischer Bros.' controlled group, once identified, for the amount of judgment awarded herein, plus additional damages, if any.

SO ORDERED.

Dated:  July 28, 2025
       New York, New York

_____
HON. JESSE M. FURMAN, U.S.D.J.

The Clerk of Court is directed to terminate ECF No. 15 and close this case.