UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

UFCW LOCAL 50 PENSION FUND and ITS
TRUSTEE,

               Plaintiffs,

        vs.

FISCHER BROS. & LESLIE, INC.; XYZ
CORPORATIONS 1-10; and JOHN AND JANE
DOES 1-10,

               Defendants.

-------------------------------------------------------------- x

Civil Action No.:
1:25-cv-03322-JMF

## ORDER

This action commenced on April 22, 2025 by the filing of the complaint and the issuance of the summons.

Judgment was entered by the Court on July 28, 2025 in favor of Plaintiffs, UFCW Local 50 Pension Fund and Its Trustee, and against Defendant Fischer Bros. & Leslie, Inc., in the amount of $206,604.35. (Doc. 28).  The judgment, plus interest, remains fully due.

Thereafter, Plaintiffs issued a document and deposition subpoena to Itai Azulay, a principal of Defendant, requiring document production by January 13, 2026 and scheduling a deposition for January 13, 2026.  Mr. Azulay was personally served with the subpoena on December 13, 2025.

Mr. Azulay failed to produce the subpoenaed documents or appear for deposition, prompting a letter motion to compel compliance with the subpoena.

Consequently, IT IS HEREBY ORDERED that Itai Azulay, 309 West 93rd Street, Apt. 2A, New York, New York 10025, shall (1) produce any and all documents in his possession or control that are described in Exhibit A to Plaintiffs' Subpoena and (2) appear to be deposed by Plaintiffs at the Offices of Cohen, Weiss and Simon LLP, 909 Third Avenue, 12th Floor, New

10266061.1

York, New York 10022 on April 16, 2026, at 10:00 AM, or such later date and time as Plaintiffs agree.

**Failure to comply with this Order may serve as grounds for finding that Itai Azulay, personally and individually, is in contempt of this Court and is subject to civil and criminal penalties.**

Plaintiffs shall arrange for service of this Order by Overnight Mail and by regular first class mail.

SO ORDERED.

Dated: February 11, 2026

Hon. Jesse M. Furman, United States District Judge

On February 3, 2026, Plaintiffs filed a letter motion to compel Itai Azulay to appear for a deposition and produce any documents in his possession that are described in an exhibit attached therein. *See* ECF No. 29. The Court directed Azulay, or any other party with an interest in this case, to file a response no later than February 9, 2026, and noted that if no response was filed by that time, the motion may be granted as unopposed. *See* ECF No. 30. No response has been filed to date. Accordingly, Plaintiffs' motion to compel is GRANTED. The Clerk of Court is directed to terminate ECF No. 29.