

**Michael S. Adler**
**Partner**
o  212.356.0251
f  646.473.8251
   madler@cwsny.com
   www.cwsny.com

909 Third Avenue, 12th Floor • New York, NY 10022-4731

March 26, 2026

Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 34.

By Electronic Case Filing

The Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

SO ORDERED.

March 27, 2026

Re:    *UFCW Local 50 Pension Fund et al v. Fischer Bros. & Leslie, Inc. et al.;*
       Case No. 1:25-cv-03322-JMF

Dear Judge Furman:

We represent the UFCW Local 50 Pension Fund, and its Trustee, plaintiffs/judgment-creditors in the above-referenced matter.

We write to respectfully request that the Court order the deposition of and document production by Itai Azulay for May 12, 2026 at 10:30 am, instead of April 16, 2026 as previously ordered. (Dkt. 32). Mr. Azulay is one of the principals of defendant/judgment debtor Fischer Bros. & Leslie, Inc.  We ask because Mr. Azulay just retained counsel, who asked for additional time to prepare document responses and for the deposition.  Counsel also asked for additional time given the upcoming Passover holiday. As such, we would like to accommodate the requests, while also complying with the terms of the Court order.

We thank the Court for its consideration of this matter.

Respectfully submitted,

*Michael S. Adler*

Michael S. Adler

cc: Paul Bartels, Esq. (via email)

10266043.1